**Electronically Filed**
**Supreme Court**
**SCWC-11-0000578**
**30-OCT-2014**
**09:36 AM**

SCWC-11-0000578

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RAYMOND RODRIGUEZ, SR.,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000578; S.P.P. NO. 03-1-0053 (CR. NO. 98-2504))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Del Rosario, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on September 22, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, October 30, 2014.

Randall K. Hironaka                /s/ Mark E. Recktenwald
for petitioner

                                   /s/ Paula A. Nakayama

                                   /s/ Sabrina S. McKenna

                                   /s/ Michael D. Wilson

                                   /s/ Dexter D. Del Rosario

